1

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5    UNITED STATES OF AMERICA,

Plaintiff,

6

7        v.                                    2:18-cr-00016-TSZ

CLYDE MCKNIGHT, a/k/a "Pizza,"
8    MICHAEL TURNER, a/k/a "EZ,"              MINUTE ORDER
PATRICK TABLES, a/k/a "Break
9    Bread," JONATHAN RUSHING, and
MARVIN TRAYLOR,

10
Defendants.

11

    The following Minute Order is made by direction of the Court, the Honorable
12 Thomas S. Zilly, United States District Judge:

13      (1)    Defendant Clyde McKnight's motion to extend pretrial motions deadline,
docket no. 17, is GRANTED.  The motions deadline is STRICKEN.  A new motions
14 deadline and a new trial date will be set at the scheduling conference.

15      (2)    The Court SETS a scheduling conference in this case for all defendants for
Thursday, March 15, 2018, at 1:30 p.m.

16

17      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

18      Dated this 9th day of March, 2018.

19
                                            William M. McCool
20                                          Clerk

21                                          s/Karen Dews
                                            Deputy Clerk

22

23