UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLYDE MCKNIGHT, MICHAEL TURNER, PATRICK TABLES, JONATHAN RUSHING, and MARVIN TRAYLOR,<br><br>Defendants. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has set a status conference in this matter for Thursday, July 26, 2018, at 11:30 a.m. At the hearing, the Court will address the following:

(a) Defendant McKnight's motion to substitute attorney, docket no. 61. The Court DIRECTS defendant Michael Turner and his counsel to attend the hearing regarding this motion;

(b) The government's Cross-Motion for a Fed. R. Crim. P. 44(c) Inquiry, docket no. 68;

(c) Defendant Tables' letter motion for new counsel, docket no. 79;

(d) Defendant McKnight's Motion to Extend Pretrial Motions Deadline, docket no. 75; and

MINUTE ORDER - 1

      (e)    The status of and possible change in the trial date currently set for September 17, 2018.

    (2)    The government's motion to file excess pages, docket no. 72, is GRANTED.

    (3)    Defendant Marvin Traylor need not participate in the status hearing.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of July, 2018.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 2