1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLYDE McKNIGHT, et al.

Defendants.

CR18-16 TSZ

MINUTE ORDER

12

13

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

14

15

16

(1)     An in-court status conference is SET for 10:30 a.m. on Tuesday, September 11, 2018.  Counsel shall be prepared to address the following issues:  (i) the status of defendant Patrick Tables's motions to suppress, docket nos. 91 and 94, and whether they should be stricken without prejudice; and (ii) defendants Clyde McKnight's and Patrick Tables's motion to continue trial, docket no. 109.

17

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

18

Dated this 4th day of September, 2018.

19

20

William M. McCool
Clerk

21

s/Karen Dews
Deputy Clerk

22

23

MINUTE ORDER - 1